UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMANDA CHRISTIAN, | |
| Movant, | CRIMINAL ACTION NO. 1:20-CR-00296-JPB |
| v. | CIVIL ACTION NO. 1:23-CV-04122-JPB |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 1115]. No objections have been filed. This Court finds as follows:

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Because no objections have been filed, the Court has reviewed the Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 1115] as the order of the Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, Amanda Christian's Motion

to Vacate [Doc. 722] is **DENIED** and a Certificate of Appealability is **DENIED**.

The Clerk is **DIRECTED** to close the civil case.

**SO ORDERED** this 20th day of September, 2024.

*[signature]*

J. P. BOULEE
United States District Judge